UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

LESLIE GLASS,

    Plaintiff,

V.

FRANKLIN COUNTY, KENTUCKY,
*et al.*,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)

No. 3:19-cv-00051-GFVT

**ORDER**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Parties' Agreed Orders of Dismissal [R. 163; R. 165.] Plaintiff Leslie Glass, as Administratrix of the Estate of her son, Dylan Harrison Stratton, agrees to dismiss with prejudice Defendants Southern Health Partners, Inc., Sabina Trivette, Linda Bolinger, and Stacy Jensen. *Id.* Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Parties' Agreed Orders [R. 163; R. 165] are **GRANTED**;

2. Defendants Southern Health Partners, Inc., Sabina Trivette, Linda Bolinger, and Stacy Jensen are **DISMISSED WITH PREJUDICE**, with all Parties to bear their own fees and costs;

3. All Defendants having been dismissed, this matter is **STRICKEN** from the Record.

This the 12th day of August, 2022.

Gregory F. Van Tatenhove
United States District Judge